UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

5:11CR12-R

FILED

JUN - 7 2011

VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA                        PLAINTIFF

vs.

JAY BRICE P'POOL                                    DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Larry Fentress hereby enters his appearance of record on

behalf of the United States of America.

Respectfully submitted,

DAVID J. HALE
United States Attorney

Larry Fentress
Assistant United States Attorney
510 West Broadway, Tenth Floor
Louisville, Kentucky 40202
Phone: (502) 582-6772
FAX:   (502) 582-5067
Email: larry.fentress@usdoj.gov